IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | No. 05-CV-5317 |
| v. | : | |
| | : | |
| D.C. and J.C. on behalf of their daughter, E.C., a minor, | : | |
| | : | |
| Defendants | : | |

| | |
|---|---|
| D.C. and J.C. on behalf of their daughter, E.C., a minor, | : |
| | : |
| Defendants and Counterclaimants | : |
| | : |
| v. | : |
| | : |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : |
| | : |
| and | : |
| | : |
| JAMES E. NEVELS, Chairman, School Reform Commission, School District of Philadelphia | : |
| | : |
| and | : |
| | : |
| PAUL VALLAS, Chief Executive Officer for the School District of Philadelphia | : |
| | : |
| and | : |
| | : |
| THERESA HARRINGTON , Special Education Case Manager for the Northwest Region of the School District of Philadelphia, | : |
| | : |
| Counterdefendants | : |

## **CERTIFICATE OF SERVICE**

I, Nancy C. Ryan, Esquire, hereby certify that on this date, November 28, 2005, a true and correct copy of the foregoing Defendants' Answer to Complaint with Affirmative Defenses was served upon counsel listed below by United States First Class Mail, postage pre-paid, and addressed as follows:

>Miles H. Shore, Esquire
>C. Reginald Johnson, Esquire
>School District of Philadelphia
>Office of General Counsel
>440 North Broad Street, 3rd Floor
>Philadelphia, PA 19130


>*/s/ Nancy Ryan*
>Nancy C. Ryan, Esquire

November 28, 2005